

*(Rev. 5/1/13)*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
Shreveport DIVISION

RECEIVED

MAY 1 5 2019

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

RayShaun J Christmas
_____
Plaintiff

Prisoner # #433850

VS.

See Attached-Exhibits #B
_____
Defendant

Civil Action No. 5:19-cv-0629 _____ SEC. P

Judge _____

Magistrate Judge _____

(VERIFICATION COMPLAINT)

**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.     **Previous Lawsuits**

a.     Have you begun any other lawsuit while incarcerated or detained in any facility?

Yes [✔]     No [ ]

b.     If your answer to the preceding question is "Yes," provide the following information.

1.     State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

UNITed state DISTRICT COURT WESTERN DISTRICT of Louisiana Alexandria DIVISION

2.     Name the parties to the previous lawsuit(s):

Plaintiffs: RayShaun J Christmas

Defendants: James m LeBlanc - major mcfarland Lt Hayes WARden James K Deville - Sgt. J. alexander

3.     Docket number(s): #1:17-CV-00587-DDD-JPM

4.     Date(s) on which each lawsuit was filed: 4-28-2017

5.     Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

NO

(Rev. 5/1/13)

c.   Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes [✓]    No [ ]

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

UNITed State DISTRICT COURT WESTERN DISTRICTRICT of LOUISIANA ALEXANDRIA DIVISON -1:17-CV-00587-DDD-JPM-DENIedand DISMISSED with PREJUDICE.

II.  a.   Name of institution and address of current place of confinement: DEPARTMENT of PUBLIC SAFEFY and CORRTIONS DAvid WAdE CORReCTIONAL CENTER 670 BellHill Rd. Homer, La 71040

b.   Is there a prison grievance procedure in this institution?

Yes [✓]    No [ ]

1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes [✓]    No [ ]

2.   If you did not file an administrative grievance, explain why you have not done so.

ADMINistRAtive Remedy PROceduRe NumbeR# DW.CC.# 2018-0732 -and -2018-685

3.   If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

yes See Attached EXHIBIts #A

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

III.  Parties to Current Lawsuit:

a.   Plaintiff, RayShaun J.Christmas #433850 DEPARTMENT of PUBLIC SAFEFY and CORRELIONS At

Address DAvid WAdE CORReCTIONAL CENTER 670 BellHill Rd. Homer, LA 71040

*(Rev. 5/1/13)*

b.   Defendant, *See Attached - EXHIBITS #B*   , is employed as

_____ at _____ .

Defendant, *See Attached - EXHIBITS #B*   , is employed as

_____ at _____ .

Defendant, *See Attached - EXHIBITS #B*   , is employed as

_____ at _____ .

Additional defendants,   *SEE Attached - EXHIBITS #B* .

IV.   Statement of Claim   *CRUEl and UNUSUAl PUNISHment By Being DElIBERATEly INdIfFERENCE*

State the FACTS of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.

*See Attached - EXHIBITS #C*

EXHIBITS # B

DEFENDANT(S) ET, AL,
(Jeff Jackson, Nurse ) at David, Wade, Correction
al Center,) a Resident of the full age of
majority Domiciled In the Parish of Claiborne,
State of Louisiana, Who also Work at Louisiana
Department of Public Safety and Corrections
Here at David, Wade, Correctional Center)

(And Was acting under color of state Law)

Each Defendant(s) did Nothing and in fact but made the
pain worse, The Plaintiff Rayshaun J Christmas
#433850 Suffered acute physical mental and
emotional injury for which he has sought or
Should seek and Received treatment, This Was untair.

Jeff Jackson Nurse ) at David, Wade, Correctional
Center, Is Being Sued In his Individual
Capacity ) ET AL,

Is Located at and work for Place of employment
at David, Wade, Correctional, Center
670 Bell Hill Road, Homer, Louisiana 70140



DEFENDANT(S) Et, AL
("Cell Block Sgt Reed") A Resident of the full age
majority DOMICILED IN the PARISH of
CLAIBORNE State of LOUISIANA, Who Also work
At LOUISIANA Department of PUBLIC SAFETY
and CORRECTIONS Here At DAVID, WADE
CORRECTIONAL, CENTER.

(AND WAS acting under color of State LAW)

Each DEFENDANT(S) did Nothing and in, fact But
made the pAIN WORSE, The PlAINTIFF RAY SHAUN
J Christmas #433850 Suffered acute physical
mental and Emotional INjuRY for which he
has sought or Should seek and Received Treatment
This WAS unfair.

(Cell Block Sgt Reed) At DAVID, WADE, CORRECTIONAL
CENTER,
(IS Being Sued IN his INDIVIDUAL CAPACITY) Et,
AL, )
IS Located At and work for Place of Employment
At, DAVID, WADE, CORRECTIONAL, CENTER,
670 Bell Hill RoAd, Homer, LOUISIANA, 70140

DEFENDANT(S) ET, AL,
("Capt BuRN cell Block") at David wade correction
al center, A Resident of the full age of majority
Domiciled IN the PARISH OF CLAIBORNE STATE
of LOUISIANA, who also work at LOUISIANA
Department of Public safety and CORRECTIONS
Here at David, wade, CORRECTIONAL Center.

(AND WAS ACTING under color of state LAW)

Each DEFENDANT(S) did nothing and in fact But
made the pain worse, The Plaintiff RayShawn J
Christmas #433850 suffered acute physical
mental and Emotional injury for which he
has sought or should seek and Received treatment
This WAS unfair.

("Cell Block Capt BuRN") At David, wade, CORRECTIONAL
center,
(IS Being Sued IN his INdividual capacity,)
Et, AL,
IS Located at and work for Place of Employment
at, David, wade, CORRECTIONAL center
6 70 Bell Hill Road, Homer, LOUISIANA 70140

DEFENDANT(S) Et. AL.
" Pamela Hearn PHYSICIAN ") A Resident of the full age of majority Domiciled IN the PARISH of CLAIBORNE State of LOUISIANA, AND who also WORK At LOUISIANA Department of PUBLIC SAFETY and CORRECTIONS, Here At DAVID, Wade, CORRECTIONAL CENTER). (AND WAS Acting under color of STATE LAW She premedited DENIAL medical CARE of the PLAINTIFF RayShaun J Christmas #433850 She KNEW OR Should have KNOW that their conduct VIOLATED Mr Christmas Right this WAS CRUEL and unusual punishment, By Being (DELIBERATE ███ INDIfference) Each of the DEFENDANT(S) WAS A WARE of his serious medical condition. PRIAPISM occurs When the PENIS IN UNABLE TO Allow the Blood to DRAIN PRolonged priapism can cause severe INJURY If Not addressed on a Timely of MANNER. Each Defendant(S) did Nothing and IN fact But made the pain WORSE, The PLAINTIFF RayShaun J Christmas #433850 Suffered acute physical mental and Emotional INJURY fOR Which he has sought or should seek and Received TREATMENT. This WAS unfair Pamela Hearn PHYSICIAN of David, Wade CORRECTIONAL CENTER (IS Being sued IN her INdividual Capacity Etal ██████ IS Located At WORK Place of Employment At David, Wade CORRECTIONAL Center 670 Bell Hill Road LOUISIANA 71040.

DEFENDANT(S) Et.AL.
"SEal PHySICIAN of "mEntal HEalth staff" at David Wade correctional center). A Resident of the full age of majority Domiciled IN the PARISh of CLAIBORNE, State of LOUISIANA, Who Also Work At LOUISIANA Department of PUBLIC Safety and CORRECTIONS, Here At DAVID, WADE CORRECTIONAL, CENTER) AND WAS ACTING UNDER Color of State LAW.

(DR SEal) KNEW OR Should haVe KNOWN he Disregarded A serious RISk of (DRUG TRAZODONE) medicAtion he prescribed to RaySHAUN J ChristmAS #433850 he Know OR Should KNew of the side effects of his med TRAZodone that has the potential to Cause the PRIAPISM PROBlems. BECAUSE the experts lACked ANy insight in the prison Doctors SUBjetive KNOWledge. A SERIOUS mEdICal NEEd is oN that has been Diagnosed by phyjsian As REquiring treatment, or, on that is so obvious that EVEN A lay person would eastion RECGNIZE the nEcessity FOR A doctors AttEntion. This WAS CRUEl and UNUSUAl pUNIShment By BEing DELIBERATE INdIffERENCE EAch of the DEfENdANt(S) WAS AWARE of his serious medical conditION. PRIApISM oCCURS when the pEN IS IN UNABlE to allow the Blood to DRAIN, PROlonged prIApISm CAN CAUSE severe INJURY IF NOT addressed oN A IImEly of mANNER... Each DefENdANt(S) did Nothing and IN FACT But made the pAIN WORSE, the

pg #1 PlAINtIff RaySHAUN J Christmas# 433850
See over

Suffered acute physical mental and emotional Injury for which he has sought or should seek and received Treatment, This was unfair,

(Seal Physician of mental Health staff at David Wade, correctional, center,
(Is Being sued IN his INdividual capacity)
Et, al )
Is located at work Place of employment at, David, Wade, correctional, center
6 70 Bell Hill Road. Louisiana, 71040.

DEFENDANT(S) Et, AL,
("MS. Hamilton RN Nurse") A Resident of the full age of majorithy Domiciled in the Parish of Claiborne State of Louisiana and who Also, work at, Louistana Department of Public Safety and corrections. Here at David wade Correctional center.

(And was acting under color of state Law.) Is Being sued in her Individual capacity, Et. AL

[redacted] is Located At and work for Place of employment Hamilton RN Nurse at David wade correctional center, Et, AL 670 Bell Hill Road, Homer La. 70140

EXHIBITS #C

STATEMENT of claim

(#1)

The Plaintiff RayShaun J Christmas #433850 was suffering from (priapism) This is a serious medical condition where the Blood is UNABLE to Drain from the penis causing and extremely painful erection. Prolonged priapism can cause severe injury if not addressed on a timely of manner..

(#2)

On the above day, 5-17-2018 at approximate time 2:44am the Plaintiff RayShaun J Christmas #433850 woke up in agonizing pain, so the sgt gave mr Christmas a health care Request form to fill out, he fill it out for medical Treatment and gave it back to the sgt and made a emergency sick call.. So they send for him when he got to the Infirmary it was at 7:30 am, so he was forced to wait (5) Hours to see a nurse, suffering in severe pain... He was seen by (Nurse RN ms cupp) She then brought him in the back of the room, so she saw him erection penis suffering from (priapism) was in serious pain, So he ask what was the cause for such occurrence of pain and the continuation of fluid constantly Developing a serious pain into the genital area. So then ▮▮▮ Nurse cupp

pg#1

Ignored his sickcall complaint and he was in so much pain. and did not help him, or give him anything for the pain and Refused to send him to the (Hospital ) She ignored his condition and send him back to his Dormitory in pain and Suffering with a erection penis with (priapism )..

(#3)

It happened again on 6/21/2018 at 2:30AM woke up in serious pain suffering from (priapism) again the (Plaintiff mr Christmas ) made emergency sickcall and fill it out the Request form and then the (Sgt" ) call the medical Department and notified them about (Christmas ) medical (problem priapism ) and he was forced to wait this time six (6) Hours in pain suffering to see A (Nurse RN ms Hamilton) so then the Plaintiff

at 7:30Am seen (Nurse ms Hamilton ) She examined him His erection penis in pain, Then she ▬ gave him some (aspirin ) to tried to stop the pain he was in, That did not help his pain he was in and Refused to send him to the Hospital, she tried to help the (priapism problem ) But (no Avail )... She did not follow the (instructions in his (medical files Records will showed ) how to treat his (priapism problem )..

pg#2

(#4)

SO ON the 7-3-2018 at 1:23am he woke up in serious pain suffering with a erection, penis with (priapism) hurting and penis wouldn't go down and he fill out a medical Request for medical treatment at 1:35am and he did not see a nurse until 6:30am that was (5) Hours he was in pain and suffering and was forced to wait and the medical Department was notified. The (Plaintiff mrchristmas) At 6:30am seen (NURSE Jeff) Then he examined (Christmas) in the Room, AND he saw he was in serious pain and a erection penis and, Then he said he talk with (DR HEARN) and she told him to ▮ give Christmas a pain shot in his arm and, and then (NURSE Jeff) gave Christmas the shot in his Right arm, But the shot he got did not help the pain he was suffering from priapism did (NO AVAIL). However (DR HEARN) Reviewed Christmas (medical Records) chart and (acknowledged) his medical (problem priapism)... He did go into detail about his complications in the past that he have a past History of (priapism problem) and she seen the (Instructions) when the problem first happening in 9/1/2012 when the Physician Specialist (ms BRENda mahon (md) at pineville Hospitals) the Emergency Room said if christmas priapism problem last over (4) Hours send him to the Emergency Room Immediatily (DR HEARN) send Christmas to (monre Hospital Conway).

pg #3

So then when christmas ▮ got to the Hospital in ymonre, he seen the DR and then the DR examined Christmas then said to christmas why they Prolonged and delaying you get to this Hospital. Not on time, Because prolonged priapism can cause severe injury It not addressed on a timely manner can cause ▮ permanent damage. and can cause you to not have a erection again.. So then the DR said it know need for me to put a needle in the Bottom of your penis, to suck the Blood out.. Because the erection is going down. and that he was, sorry christmas had and was able to suffering so much pain, I know how much pain this priapism shit is.. and then the Doctor said that I'm setting you a appintment to see the (Specialist Physician) in Shreveport At the univerity medical center Because he do not know what ▮ is causing Christmas (priapism problem), and then he said I'm sending the paper work back to the prison David, wade, correctional center medical Department what to do It the priapism problem last over (4) Hours to send you Back to me the Hospital in monre..)

(#5)

ON 7-8-2018 the Plaintiff RayShaun J Christmas #433850 ████ a woke once again suffering in pain and need treatment penis erection from (priapism) at 2:15am and the NURSE'S all of them WAS notified at 2:15am Because the (Sgt's) call the INFIRMARY and told them. He made EMERGENCY SICKCALL, But once again was forced to wait five(5) Hours in pain to go to the INFIRMARY, when he got to the ITIRMARY ██ WAS EXAMINED by (NURSE JEFF) seeing he WAS in serious pain then (NURSE JEFF) told Christmas to wait in the Room so he call (DR HEARN) so then he came back and said he (notified DR HEARN) and she said do not send ███ you christmas back to the EMERGENCYROOM to the monRc hospital CONWAY). and do, not give him anythings for the pain he WAS suffering from priapism, and, Christmas ask them for something for the pain he was ████ suffering and crying penis erection and hurting, and (NURSE JEFF) said that (DR HEARN) said do not give you anything for the pain MR Christmas she said NO. and she said to make you walk up and down some stairs mr christmas and give you some (ICE to put on your) ████████ penis a ICE pack.

At 6:35am

pg#4

ERECTION PENIS) tried to stop the pain and that did (NO AVAIL)

(# 6)

ON 7-9-2018 Time 5:00am Christmas, awoke early in the ▓▓▓▓ mORINING IN pain suffering from priapism When shift change At 6:00am he complained to ("Sgt Reed") and he made ANother EmeRgency sick call, and (NuRse Jeff) came and Examined him and it WAS 9:00am, This WAS (4) hours After first Requesting medical, attention, and the pain, got worsened then, NuRse Jeff Ignored his complaint then left, and did NOt providing NO treatment...

(# 7)

ON 7/12/2018 and time 3:09am Plaintiff christmas awoke with another serious pain suffering with (pRiapism) He fill out ANother EmeRgency sick call slips Because his penis erection in pain, and was foReced him to wait (6) Hours While in pain, Then he seen (RN NuRse ms. Hamillton) At 9:10am She Examined him seen he was in pain and erection, All she did was give him some (Ice) to put on his erection penis to tried to stop the pain, And then Plaintiff told her that the pain got worsened and this is NOt working or helping that he need to go to the (Hospital) Because he was in serious pain and his penis hurting Badly. Then (NuRSE ms. Hamilton) said that this was what (DR HeaRN ORdered) her to do and she have to

pg # 5

follow (DR HEARN) order and that all she can do. And that did (NO AVAIL) AND Denied Access to AN outside Hospital for TREATment. These the Directions from (DR. HEARN).

(# 8)

ON 7/13/2018 At Time 2:10am the Plaintiff Christmas awoke in the moring in his (cell #13 N3B) in serious pain badly suffering and crying from another priapism problem Erection. After shift change at 6:00 Am Christmas

pg # 6

he (Immediately) Informed (Sgt Reed) that he needed to make emergency sick call. (Sgt. Reed) purposefully Deliberately Ignored his Request not once but three (3) time, (Sgt Reed) Refused to provide him with a sick call form. He was ▓ Suffering and crying penis erection the ache of his condition. Then (Sgt Reed) Said he call (Capt Burn) and the (Capt Burn) told him do not give Christmas a sick call form that Christmas Would be alright. Then, Mr Christmas told (Sgt Reed) he been like this from 2:10 am this morning and now it is 6:15 am, so they Refused to help Mr Christmas and Ignored his (priapism problem) so they let Plaintiff Suffered and had to go to the Disciplinary court Room like this in pain. Still, indistress from his condition and still without any access to medical care. Not seen a nurse yet. So at 9:00 am (Capt Burn) came and got Christmas for Disciplinary court, and saw Mr Christmas in serious pain and Suffering and crying and penis is still erection and hurting, so Christmas ask (Capt Burn) Because he was the supervisor over the unit N3B, Why he told (Sgt Reed) to do not let him make emergency sick call, and do not give me a health care request form. And then he said, I told (Sgt Reed) to tell you I call medical and talk to (Nurse Jeff) and he

pg #7

Said he WAS coming. And then (CAPT BURN)
Said I CAN not do shit I'M not medical, I'M
Just security that it. So Christymas then told
(capt Burn) He want to make A medical
Emergency sickcall and please give him A
Request form that this is his Right. capt Burn
purposefully INGNORED Christymas (3) Time
to make (Emergency sick call). so then
(capt Burn) chain christmas up and ESCORted him
to the (Disciplinary courtroom) So when
Christmas went in the courtroom he told
them the Board members WAS "Col WAlter Tolliver
and (Sociail worker Nikki mccoy) About his
(priapism problem) that he Need to go to the"
Hospital and need some help and medical
Treatment. And they seen him in serious pain
and penis Erection then they said we or not
medical and we CAN Not help you mr Christmas.
Then they said you told security and christmas
Said yes. Then they said you have to wait
and Christmas told them he been waiting
like this IN pain and was forced to wait
(7) hours in pain. Then (col Tolliver) told
(ms mccoy) look turn on the
Record so we can take care of this Disciplinary
Report we do not have time for this, and they
pg#8   Both IGNORED his pleas for medical assistance.
When mr Christmas came out of the Disciplinary

courtroom he saw ("Col Mays") Then (Col Mays) saw mr christmas in so much pain and crying he ask christmas what was wrong. Plaintiff showed him his (priapism problem) and told him what (Capt Burn) and (sgt Reed) Refused to let him make a medical emergency and did not want to give him a Request form to fill out, and he been like this for (7) hours in pain and penis erection, Then ("Col Mays") said and assured him that he was going to Immediately Notify the medical Department ▮ myself and call them and make them come see about you mr christmas okay. So (Capt Burn) escorted mr christmas back to his cell #3 N 3B ▮ and un chain him and left. so ("Sgt Reed") Then brought him a emergency sick call requst form to fill out, then christmas fill it out then gave it back to ("sgt Reed") then he left... Then (nurse Jeff) came and examined At 10:30am the Plaintiff and look at his erection penis suffering in severe pain. This was Eight (8) Hours after the first requesting medical attention and christma told him he been like this since 2:10 am and was forced to wait eight (8) hours in pain badly then nurse pg #9 Jeff Ignored his complaint and left and did ▮ not providing no medical treatment. and Denied christmas going to an outside

Hospitals for Treatment. These were
Directions from (DR Hearn) She was
notify.

(#9)

ON 7/15/2018 it happened again at 6:00am the
Plaintiff awoke in anguish suffering from another
priapism erection, was still suffering pain the
same symptons, and mr Christmas ask (Sgt Reed)
for emergency sick call medical request for
treatment, so (Sgt Reed) then Brought mr christmas
one, so Plaintiff fill it out then gave it back to him
and he left. Mr christmas made the emergency at 6:00am
and was forced to wait (7) Hours in pain and
Suffering. then (Nurse Jeff) ▉▉▉ came and it was
12:30pm when he examined Plaintiff and saw
him in pain and erected and Ignored his health
care Request, His complaint, and christmas ask
for something for the pain and he did not provided
no Treatment, and refused to send him to the
(Hospital. and he was refused pain medication)

(#▉10)

and on the 7/16/2018 Time 5:12am christmas
Request for medical treatment awoke again suffering
from priapism erection in pain, made emergency
sick call at 5:12am and (Nurse Jeff) came at
1:15pm and Ignored it again and did not help him
at all, and the Plaintiff this time was forced to
wait (9) Hours in pain, and did not do anything

pg#10

for the pain he was in and Refused to send him to the (Hospital.)

(#■/11)

ON 7/17/2018 Time, 7:26 Am christmas Request for medical attention, for treatment suffering in pain penis erected from (priapism) and Nurse Jeff came at 2:33 pm and then Nurse Jeff Ignored his Request again, and was forced to wait in (7) Hours. Then Nurse Jeff) Jeff...

#(■)12)

ON the 7/18/2018 Time 5:13am a woke Suffering in pain from priapism he made a Emergency sick call for medical treatment, Nurse Jeff came and saw Christmas At 11:25am and a purposefully I gnored his Request for medical treatment and was forced to wait (6.) Hours in pain. This was his Several Emergency sick call he made on this Date 7/18/2018.

(#■13)

Again on 7/19/2018 mr christmas ymade another Emergency sickcall at 1:50 am Suffering Another episode of priapism, and a nurse came from the Infirmary he do not no her name, to Examined him But Ignored his Health care Emergency Request and did not provided no Treatment..

pg #/11

(#14▉)

ON the 7/20/2018 TIme 5:00 am Christmas A woke iN pain and Request for medical attention for treatment and NuRSE Jeff came to see RayShaun J Christmas #433850 At 11:19 am and Christmas was iN so much pain badly Suffering from priapism, and was forced to wait (7) Hours iN pain. Then once again NuRSE Jeff Ignored his complaint for medical Treatment, Then NuRSe Jeff him and left.

(#15▉▉)

ON the 7/24/2018 Time 5:20 am he Request for medical treatment and was Ignored and when (NuRSe PHIllips) came it was 10:04 am and Christmas was badly iN pain penis erected and was Ignored again, and was forced to wait (5) Hours iN pain, and she did NOT examined him at all.

(#▉)#▉16)

ON the 8/16/2018 TIme 5:10 am christmas made A sick call Requst for medical treatment iN pain with priapism and was forced wait this time (7) hours iN pain and suffering before seeing (Nurse Phillip) who came at 12:19pm and she did not examined Christmas at all just Ignored Request and she left. And Denied him and outside Hospital for Treatment These were the directions from (DR HEARN) she was Notity.

pg #12

(# ☐ ) ☐ 17)

ON the 8/28/2018 TIME ☐ 2:42am christmas made a emergency sick call a woke in serious pain suffering from PRIAPISM requst ☐ for treatment and was Forced to wait (5) Hours and (Nurse Jeff) did not come until 7:45am and examined christmas and saw him in pain and ERECTION but IGNORED him again..

(# ☐ ) ☐ 18)

ON the ☐ 8/31/2018 christmas went to the (hospital) in shreveport at the university medical center about his ☐ PRIAPISM problem This was the appointment the (Docter in monre Hospital Conway) said he set for christmas When he went to see him on the Date 7/3/2018. So mr christmas was seen by the physician Specialist in sheveport on the 8/31/2018 She informed told christmas and stated and confirm by this Doctor that the (PRIAPISM problem) was taking place in the (Drug ☐ TRAZODONE medication) was the Responsible for his (PRIAPISM) The medication TRAZODONE was prescribed to him By DR. Seal David, Wade, mental Health physician. She then Said She have reviewed the Side effects of christmas meds and the (medication TRAZODONE) is the only medication that has the potential to cause this PRIAPISM problem.

pg # 13

and she send a Recommended ordered back to the prison by the David. Wade "sgt" and "Lt". She Recommended that David. Wade medical Staff and mental Health Staff to (Discontinue) his prescription of this (drug TRAZODONE) medication. But the David. Wade, medical Staff and mental Health proffesionals did not agree with the specialist's Reccomendation. Order Them to do.

(#19 (# ■■■■) 9-1-2018
So on, the Date of ■■■■■■ mr christmas stop (Head Nurse ms Pazila mcilwee) and notified her that the Physician specialist in Sheveport, university medical center urologist at LSU. Health ■■ clinic, on the 8/31/2018 said to Stop the medication TRAZODONE, Then, christmas told her the Doctor send y'all the order to stop it and y'all still ■■■■ take me on the medication TRAZODONE and y'all still have it on the pill cart why is that, She then said do not take it. Refesed it..

(#20 (# ■■)
On ■■ 9/26/2018 mr christmas had to make sickcall and fill out a health care request form on the 9-26-2018 Because the mental Health staff and medical staff they Refesed to take the (medication TRAZODONE) off the pill cart, still have it on the pill cart for mr. christmas

pg #14

(#◼)(21)

to take But
Christmas Refesed to take it. when it
come down N30-cell #6 for pill call...
And it been (26) Days from the Date of
8/31/2018 when the Physician specia/ist told
them to stop the (medication Trazodone)...

(#◼)#22)

So on the Date of 10/4/2018 the mental
Health Physician Seal Call RayShaun J
Christmas #433850 out for a call out See
him ◼ David, wade mental Health, Then he
told Christmas He acknowledged Recieving
mr Christmas Sick call request form and he
seeing in Christmas medical Records and mental Health
Records what the Physician Specialist in
Shreveport send him, (DR Hearn the recommended
order from them to stop the medication
Trazodone, and Finally changed his medication
from Trazodone ◼ to another drug. This was
#39 days after the urologist Physician
Specialist had ordered them that the
medication Trazodone be discontinued.
To be stop.       (#◼ 23)
And RayShaun J Christmas had stop taking
the (medication Trazodone) on date 8-31-2018
pg #15 and have not had the priapism problem again.

Eighth amendment violates.
(#24)
Defedants, (NURSE PHillips)(RN ms Hamilton)
(RN ms Cupp)(Physician Pamela Hearn)
(Physician of mental Health Seal)
(Mental Health social worker Nikki mccoy)
(Cell Block Sgt Reed)(Cell Block capt Burn)
(Col walter Tolliver)(Head warden Jerry
Goodwin) Louisiana Department of Public
Safety and corrections secretary James M.
Leblanc)

Each of the Defedants was aware of the
Serious medical condition, Priapism occurs
when the penis unable to allow the Blood to Drain,
Prolonged priapism can cause severe injury if not
addressed on a timely of manner.
The Defedants they knew or shoud have know
that their conduct violated Christmas Eighth amendment
Right, This was cruel and unusual punishment
(By Being Deliberate ▮ indifference) Each
of the Defedants did nothing and in fact but
made the pain worse, The Plaintiff Christmas
Suffered acute physical mental and Emotional
Injury for which he has sought or should seek
and Received treatment, This was unfair. Although
he was sent to a hosital on one occasion for Treatment, But
pg #16 his medical complaints were absolutely Ignored

ON OVER A dozen different occasions. The whole D.W.C.C medical Department Refused and failure to follow the INSTRUCTION██ and look at the verifying medical Records that refer to the (problem priapism) ON 9-1-2012 (DR BRENDA MAHON-DERI-M.D) gave A.V.C. medical staff Instructions to send christmas to the emergency Room for his (priapism problem) on 9-1-2012. If it lastover(4)Hours and they seeing it and knew ████████ of the Instructions the Risk of M.R christmas WAS IN, They knew or should have KNOWN that of the clearly established right at the time█ of the violation.... DR SEAL Disregaded a serious risk of ███ (DRUG TRAZODONE) Because the experts lacked any insight in the prison Doctor's subjetive Knowledge. A serious medical need is on that has been diagnosed by physician as Requiring treatment, or on that is so obvious that even a layperson would easily Recgnize the necessity for a doctor's attention. DR. SEAL and DR. HEARN NEW the risk of the medication TRAZODONE he prescribed to m.r christmas, He New or should have KNOWN the side effects of his meds Trazodone that has the potential to cause the (priapism problems). The plaintiff's medical Records will confirm these allegations, The denial pg #17 of medical care by the defendants

( WITNESSES : WILL-CALL )

#1 Bruce Charles #608272       N2-B-cell#1
#2 Daytrend Moses #527114       N3D-ce#7
#3 Antonio Cummings #720734      N3D-cell#6
#4 Riki Ingram #603744       N3D-ce#7
#5 Ronnie Hongo #98420       N4A-cell#11
#6 Gary Butler #628031       N3B cell#8
#7 Alex Williams #490599      N3B-cell#13
#8 Wilbert Miles #352099       N3B-cell#11

WITNESSES
↑
IN this matter and call addressing everything,
provide with a Detailed statements Regarding what
happened when and (time) (Date) of everything in this
Incidents occurred this case and claims Inclu
ded in this (Verification complaints)...

MAY #8 2019
SINCERELY
s/ RayShaun J Christmas
Doc#433850
Department of Public Safety and
CORRETIONS
David, wade, Correctional center
670 Bell Hill Rd
Homer, La. 71040

(Rev. 5/1/13)

V.    Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

*Compensatory Damages IN the Amount of $500,000 ᵒᵒᵈ. Five Hundred Thousand Dollars*

*Punative Damages IN The Amount of $500,000 ᵒᵒᵈ Five Hundred Thousand Dollars*

VI.    Plaintiff's Declaration

a.    I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.    I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.    If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this _#8_ day of _May_ , 20 _19_ .

_#433850_

Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)

_RayShaun J Christmas_

Signature of Plaintiff

Page 4 of 4

STATE of LOUISIANA
PARISH of CIAIBORNE

※ AFFIDAVIT of VERIFICATION ※

BEFORE ME, the undersigned EX officio NOTARY, IN and for the DAVID WADE, CORRETIONAL CENTER, PARISH of CIAIBORNE, STATE of LOUISIANA,

PERSONALLY CAME and APPEARED RayShaun J Christmas #433850. Who after Being Duly SWORN as prescriBed by LAW, did Depose and say, that he IS the Plaintiff in the foregoing "VERIFICATION Complaint" and that the INFORMATION thereIN IS true to the Best of his INFORMATION, KNONledge and Beliefs..

/S/ RayShaun J Christmas
DOC# Plaintiff Sincerely
# 433850

SIGNED and affirmed in the presence of:
WITNESS
#1. Matthew Cannoll # 63004
#2.

SWORN to and SuBSCRIBed before me this 8th day of
May          2019                      #
Jesse C. Jimerson #92976   EX officio NOTARY,
ARDC Specialist   DepARtmeNT of PuBlic Safety and corrections
Ex-officio Notary, DPSC

# CERTIFICATE OF SERVICE

I RayShaun J Christmas Doc# 433850
that I HEREBy CERTIFy that I have,
Send and mailed a copy of this VERIFICATION
ComplAINT to the, Clerk of court
UNIted States DISTRICT courtFor the western
DISTRICT of LouISIANA SHreveport,
300 FANNIN Street, Suite #1167
SHreveport, LouISIANA, 71101-3083

SWORN AND SUBSCRIBED BEFore on this
#8 day of may        2019

Respectfully Submitted
Doc#433850/S/ RayShaun J Christmas
Doc#433850/S/ RayShaun J Christmas
Department of Public Safety and
CORRETIONS
at
David, Wade correctional center
670 Bell Hill Rd.
Homer La. 71040