LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES
OFFENDERS RELIEF REQUEST FORM

CASE NUMBER: DWCC-2018 -685

TO:   <u>Rayshaun Christmas  433850</u>          <u>N3D</u>
        Offender's Name and Number            Living Quarters




<u>05/17/2018</u>
Date of Incident

EXHIBITs #A



ACCEPTED:  This request comes to you from the Wardens Office.  A response will be issued within 40 days of this date.

REJECTED:  Your request has been  rejected for the following reason(s):
        Your complaint is too lengthy.  You should summarize and resubmit to approximately no more than 3 pages.

<u>10/26/2018</u>                                      <u>Shannon Bordelon</u>
Date                                               Warden's Signature or Designee



EXHIBITs#A

CASE NUMBER:  DWCC-2018-0732

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO:  CHRISTMAS, RAYSHAWN 433850          N3D
                                                                          Living Quarters

Response to request dated 11/03/18, received in this office on 11/16/2018

I have reviewed your request for administrative remedy in which you claim inadequate care for episodes of priapism.  You were examined by Nurse Cupp on 5/17/18.  This was a routine, non-emergency, sick call with reports of priapism.  There was no evidence of priapism during her examination.  After this examination, you reported multiple episode of this problem.  You were given appropriate care and sent to the ER when indicated.  You were also referred to the Urology clinic so that the DWCC physician could receive recommendations for your care.  You were seen at the urology clinic on 8/31/18.  Recommendations were given to discontinue one of your medications that they felt was the cause of this reoccurring problem.  This medication was discontinued, and you have had no further reported episodes.  You currently have an upcoming follow up appointment with the urology clinic.  Your medical needs are being appropriately addressed.

Prepared by: _____

_____          _____
        12-18-18                                          Angie Tuff
             Date                                             Unit Head

Instructions to Offender:  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓)  I am not satisfied with this response and wish to proceed to Step Two.

Reason:
I want be compenensated for pain and suffer for in $100.000 due to the mental Health Doctor seal in (Negligence) (cruel and unusual punishment) (malpractice) for putting me on medication that caused my penis to stay erect and cause me to severe pain...

_____          _____
        12-18-2018                               RayShaun Christmas #433850
             Date                                     Offender's Signature   DOC#

**LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**CORRECTIONS SERVICES**

CASE NUMBER: DWCC-2018-0732

**SECOND STEP RESPONSE FORM**
**(HEADQUARTERS)**

TO: <u>CHRISTMAS, RAYSHAWN   433850</u>                     <u>DWCC</u>
    Offender Name and Number                                      Living Unit

Response to Request Dated 12/18/2018, Received in this Office on 01/10/2019:

Your request for an Administrative review of ARP# DWCC-2018-0732 has been received. A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

It has been determined that your complaint is without merit. The medical staff has addressed your concerns in an appropriate manner and in accordance with DOC Health Care Policy. Medical opinion is controlling. The care you have received as well as the care you will continue to receive from the medical staff is determined adequate for your health care concerns. As such, this office has accepted staff's position in this matter and concurs with the response provided at the First Level. Therefore, administrative intervention is not forthcoming.

Your request for relief is denied.

<u>2/11/15</u>
         Date

<u>                                        </u>
        Secretary's Signature or His Designee

pg #1

ADMINISTRATIVE REMEDY PROCEDURE
A. R. P.

This is a EMERGENCY REQUEST FOR ADMINISTIVE REMEDY.
IN compliance with La.C.CR.P. Revised statute 15:1171, Et seq. RS. 15:1177)

| | DATE of INCIDENT/complaint Time: 2:44AM 5-17-2018) Place) DORM) AND INFIRMARY) #3A) cell/BLOCK N3D-cell#6 |

RayShaun Christmas #433850-N3D-cell#6
Plaintiff

AGAINST STAFF INVOLVED:

Doctor Ms. HEARN) RN Ms. Kupp
DR. mental Health DR SEAN)
CNURSE Jeff)
("Sgt Reed") (R.N. Ms Hamilton)
("Capt BERN)

ON the above day at approximate time (5-17-2018)(2:44am) Christmas woke up in serious pain, Badly suffering and crying with penis ERECT and hurting and wouldn't go down, a priapism problem. (PRIAPISM occurs when the penis unable to allow the blood to DRAIN, Prolonged Priapism can cause severe injury if not addressed on a timely of manner. So the "Sgt" gave christmas a health care request form to fill out, He full it out and made a Emergency sickcall. So they send for him when he got to the INFIRMARY it was at (7:30am) so he was forced to wait #5 hours to see a nurse suffering in severe pain. So he saw (RN. Ms Kupp) and then she brought him in the back of the room. so she examine him and saw his ERECT penis suffer from priapism was in serious pain, so he ask what was the cause for such occurrence of pain and the continuation of fluid constantly Developing a serious pain into the genital area, so (nurse RN Kupp) Ignored his sickcall Complaint and he was in so much pain and did not help him or give him anything for the pain or send him to the hospital.) She then IGNORED his request for medical attention and send him back to the dorm in pain and suffering with a ERECT penis..

So it happening again on (6-21-2018) at (2:30am) he woke up in serious pain suffering from priapism and then Chistmas made and Emergency sickcall. And fill out the request form, and then Sgt call the medical Department and notified them about christmas medical priapism problem and he was forced to wait #6 hours in pain and suffering to see a nurse, so then christmas seen (R.N. Ms Hamilton) and then she examine him, his ERECT penis, him in pain, and then she give him some (aspirin) to tried to stop the pain he was in and, treat the problem it did not help his pain he was in. His penis was still ERECT, she tried to treat the (priapism) but (No Avail). see IN case Abille v. us 482/supp 73 706-07(N.D. cal. 1980) Nurses were negligent did fellow the instructions is in the medical files how to treat his priapism problem see case Maley v. us 739 2d.1502.1505 (10th cir 1984) Vance v. Peters 97F. 3d 987 (7th cir. 1996) Chapman v. Johnson 339 fed Appx 446. 2009 WL239. 1496 #2 (5th cir.2009).

So on the 7-3-2018 he woke up in serious pain suffering with a ERECT penis at

1:33am ... priapism making another medical emergency sickcall in need of remedical Attention at 1:35am and he did not see a nurse until ████████ 6:30am) that was "5 hours he was in pain and suffering and was forced to wait, and the (medical department was notified) The Plaintiff seen (nurse Jeff) then he examine christmas in the room and saw he was in serious pain and a erect penis and then he said he talk with (Doctor Hearn) and she told him to give christmas a pain shot in his arm and then (nurse Jeff) gave christmas the shot in his right arm. But the shot he got did not help the pain he was suffering from priapism. However (ms. Dr Hearn) reviewed christmas medical records chart and acknowledged his medical priapism problem while he did go into detail about his complications in the past that he have a past (History) of priapism problem, and she seen the instructions when the problem first happening in 9-1-2012) and the (Physician specialist ms. Brenda mahon md) at the pineville hospitals the emergency room said if christmas priapism problem last over #4 hours send him to the emergency room immediatly.. so (ms Dr. Hearn) sent christmas to monre hospital conway. So the Doctor put a needle in the bottom of his erect penis to stop the pain, and suck the blood out until he drain all the blood out until the erect penis go down, and then the Dr said that he is setting christmas appin→ tment to see a specialist physician in shreveport at the univerity medical center Because he do not know what was causing the priapism problem. and then he said I sending the paper work back to the prison David wade, correctional, center medical Department what to do if the priapism problem last over #4 hours to send christmas back to him the (hospital in monre).

So on the date of 7-8-2018 christmas woke up condition was sufficiently serious and constitute a srious medical need and need treatment penis is erect, Plaintiff made anther medical emergency sickcall suffering from priapism at 2:15am date 7-8-2018 and the nurse was notified at 2:15am, Because the sgts call the infirmary and told them, and christmas was forced to wait this time #5 hours, when he got to the infirmary he seeing nurse Jeff again and he examine him and seeing he is in serious pain and penis erect, then nurse Jeff told christmas to wait in the room. So he said he have to call the (Dr-ms Hearn) and he come back and said she told him not to send christmas back to the emergency room to monre hospital conway.. and do not give him any things for the pain he was suffering from priapism problem, and christmas ask them for some things for the pain he was suffering and crying penis erect and hurting, and (nurse Jeff) said that (Dr ms Hearn) said not give christmas anything for the pain she said no.. and told him to make christmas walk up and down some stairs and give him (some ICE to put on his erect) penis tried to stop the pain. and that did no avail.. on 7-12-2018 3:09am he woke up in serious pain suffering he fill out another sickcall emergency slips Because his penis was erect and foreced him to wait #5 hours while in pain and suffering from priapism he was experiencing, then he seen (RN ms Hamilton) all she did was give him some ICE to put on his erect penis and tried to stop the pain and told him to walk up and down

Some ... need to go to the hospital Because he is in serious pain and his penis is hurting Badly Then (ms. Hamilton RN) said that this was what (DR. HEARN) order her to do, and she have to follow (DR. HEARN) order that all she can do. This did nothing but made the pain worse. so Christmas woke up in the moring in his cell #13 N38 in serious pain badly suffering and crying penis erect and hurting and wouldn't go down from priapism. on this DATE 7-13-2018 so Christmas told (sgt Reed) that he wanted to make a medical Emergency sick call and "sgt Reed" purposefully ignored it the first (3) time, and Refuse to give him a Emergency sick call health care request form, and saw christmas in pain badly and suffering and crying penis erect and still refuse to help him, Then he said he call (Capt Burn) and the capt told him do not give christmas a health care request form to make Emergency sick call. that christmas will be alright and he told (sgt Reed) he been like this from (2:10 AM) and now it is (6:15 AM) so they Refuse to help christmas and ignored his priapism problem. so at 9:00 AM (Capt Burn) and (nurse Jeff) came and seen christmas in serious pain badly suffering and crying penis erect hurting and ignored his priapism problem.. Cambero v. Branstad 73f 3d 174 8th (cir. 1995) miller v. Schoenen 75f. 3d. 1305, 8th cir. 1996) Eater v. Powell 467. 3d. 459 463-464 5th cir 2006) Domino v. Tex Dep't of criminal Justice 239 f3d 752 756 (5th cir. 2001) also Chapman v. Johnson 339 fed. Appx 2009) WL 239 1496 (25 the 2009) and David wade, correctional center whole medical Department refuse and ██ failure to follow the instruction and look at the verifying medical records that refer to the problem priapism see abille v. us 482f supp 703, 704, -07 (nd cal 1980) Haley v. us 739 f2d 1502 15a5 (10th cir (1984) Vance v. Peters 97 f 3d 987 7th (cir 1996)

## ☼ CONCLUSION) IN JURIES) ☼

Each of the defendants was aware of the serious medical condition and each did nothing and in fact but made the pain worse. THE Plaintiff suffered acute physical mental and emotional injury for which he has sought or should seek and received treatment..

on the 8-31-2018 christmas went to the hosital in shreveport at the university medical center about his priapism problems, This was the appointment the Doctor in monre hospital in conway said he set for christmas. so the Doctor the specialist in shreveport, she told christmas and stated and confirm that the problem was taking place in the (medication Trazodone) that was prescribed by the staff mental health Department physician "mr seal" here at D.W.C.C.) she then said she have reviewed the side effects of christmas meds and the (medication Trazodone) is the only medication that has the potential to cause the priapism problem and she send a recommended ordered back to the prison by the D.W.C.C. sgt's to the medical staff and mental health staff to stop the medication Trazodone and be change. But (D.W.C.C. medical staff and mental Health staff) did not agree with the Physician spealist Reocmmended ordered them to do.. and christmas have stop taking the (medication Trazodone) on the 8-31-2018 and have not have the priapism problem again again. Eighth amendment violation) (cruel and unusual punishment (malpractice) Negligence

## ☼ RELIEF ☼

D christmas want to be compensated for pain and suffering, that the defendants to pay $100.000 in compensatory damags..

send a copy to warden office on November #3, 2018

Respectfully submitted Date 11-3-2018
433850 Rayshawn christmas N3D-cell #6

**Form HC-01-A**
**14 September 2009**

EXHIBITS "C" - 2

**Health Care Request Form**

Institution: _Duic_

| Name | DOC# | Age | Housing | Job Assignment: |
|------|------|-----|---------|-----------------|

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

(PRIAPISM) occurs when the penis in unbie to allow the blood to drain.
Prolonged priapism can cause severe injury if not addressed in a timely
manner, every morning when I get up irritating blud in my genital, or a key down
won't go down it stay erect for 3 hours I in pain and suffering _____
_____ in the morning

**Health Care Personnel Screening:** Date: _5/17/18_ Time: _0730_ Location Seen: _N/W_

(Circle One) Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____ Total #: _____

Screener's Signature: _____

☐ No Fees ☐ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $_____ Total: $_3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| Offender's Signature | DOC# | Date | Witness Signature |
|----------------------|------|------|-------------------|

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

EXHIBIT #3
#C

**Health Care Request Form**

Institution: _DWCC_

| Name | DOC# | Age | Housing | Job Assignment: |
|------|------|-----|---------|-----------------|
| Ray Shawn Christmas 433880 | | 37 | 11 3-17 Bed | |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

Serious medical need. PRIAPISM occurs when the penis is unable to allow the blood to drain. Prolonged priapism can cause severe injury if not addressed on a timely... everyday and morning when I wake up I stayed erected for 3 hours in pain suffering from priapism I woke up with this morning...

**Health Care Personnel Screening:**  Date: _11/21/1_  Time: _____  Location Seen: _N. INF_

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____
_____
_____
_____  Total #: _____

Screener's Signature: _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_2.00_  Total: $_5.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| Offender's Signature | DOC# | Date | Witness Signature |
|----------------------|------|------|-------------------|
| RayShawn Christmas | 433880 | 6-21-20 | |

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

EXHIBITS#  # 3

## DWCC OTC MEDICATION ORDER FORM

OFFENDER NAME _Rayshawn Christmas_   DOC# _433850_

| Nurse Initial | Name of Medication | Nurse Initial | Name of Medication | Nurse Initial | Name of Medication |
|---|---|---|---|---|---|
| | Acetaminophen 25mg | | Hemorrhoidal Cream | | Sore Throat Lozenges |
| | Analgesic Balm | | Hydrocortisone 1% Cr | | Saline Nasal Spray |
| | Aspirin 5Gr EC Tab | ✓ | Ibuprofen 200mg Tab | | Tolnaftate Cream |
| | Bisacodyl 5mg Tab | | Loperamide 2mg Cap | | Visine Eye Drops |
| | Calamine Lotion | | Metamucil Powder | | Triple Antibiotic Ointment |
| | Carbamide Otic | | Milk of Magnesia | | |
| | Carmex | | Pepto Bismol Liquid | | |
| | Chlorpheniramine 4mg | | Maalox Liquid | | |
| | Docusate Na 100mg | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## USE AS INSTRUCTED OR AS DIRECTED ON THE CONTAINER

This Order is For (circle one)    (1)    2    3    4    Items

I HAVE RECEIVED THE ABOVE MEDICATION(S) ON _6/24/18_ AT _08:00_.
(date)        (time)

OFFENDER'S SIGNATURE: _____

ORDER/ISSUED BY: _M/Sgt Wedab_

White Copy – Pharmacy                    Canary Copy – Offender

DWCC Form #486



**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**          Institution: _Dwcc_

Name _____ DOC# _____ Age ____ Housing _____ Job Assignment: _____

| OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST: |
| --- |

I IN SERIOUS PAIN _____

**Health Care Personnel Screening:** Date: _____ Time: _____ Location Seen: _____

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ Total #: _____

Screener's Signature: _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_____ _____ _____ _____
Offender's Signature          DOC#          Date          Witness Signature

Original - Offender's Medical Record          Yellow - Business Office          Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009** EX-C

**Health Care Request Form**

**Institution:** _____

| Name | DOC# | Age | Housing | Job Assignment: |
|------|------|-----|---------|-----------------|

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:**   Date: 7/8/17   Time: 0635   Location Seen: NWF

(Circle One)   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____
_____
_____
_____ Total #:_____

Screener's Signature: _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____   Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| Offender's Signature | DOC# | Date | Witness Signature |
|---------------------|------|------|-------------------|

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**    EX-C

**Health Care Request Form**    Institution: _____

| Name | DOC# | Age | Housing | Job Assignment: |
|---|---|---|---|---|

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:**  Date: _____  Time: _____  Location Seen: _____

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ Total #: _____

**Screener's Signature:** _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| Offender's Signature | DOC# | Date | Witness Signature |
|---|---|---|---|

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

I been in pain and suffering from priapism, problem 5.00

~~I'm in serious pain pe~~

I'm in serious pain suffering hurting badly penis want go down. I been like this ~~thousand set set~~ all morning from 4:00 am priapism.

I'm suffering.

I been from 4:00 am

**Form HC-01-A**
**14 September 2009**  *EX-C*

**Health Care Request Form**          Institution: _HDCC_

_Ray Shawn Christmas 49380_ 37 _H3-A_

Name _____ DOC# _____ Age ____ Housing _____ Job Assignment: _____

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

I'm in serious pain, suffering hurting body pain won't go down. I been like this all morning from _____

**Health Care Personnel Screening:** Date: _12_____ Time: _.01____ Location Seen: _____

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ **Total #:** _____

Screener's Signature: _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Ray Shawn Christmas_  _49380_

Offender's Signature          DOC#          Date          Witness Signature

Original - Offender's Medical Record          Yellow - Business Office          Pink - Offender's Copy

FM-C
#8
serious

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**     **Institution:** _____

Rayshaun Christmas 43350    37    N3A 2    _____
Name                DOC#      Age    Housing      Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:** Date: 2/13/18  Time: 10:30  Location Seen: N-3

**New Medications Ordered:**

Total #: _____

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $Ø

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_____  433350  2-13-218  Corey Reed
Offender's Signature     DOC#      Date      Witness Signature

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

EX-C
#9

A.2

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

**Institution:**_____

PayShaun Christmas #433850    37    N3-A-CE//13 _____

Name                DOC#        Age        Housing        Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:**   Date:_____   Time:_____   Location Seen:_____

**New Medications Ordered:**

Total #:_____

☑ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____   Total: $ Ø

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

PauShaun Christmas    #433850    7-15-2018    Corey Reed

Offender's Signature        DOC#            Date        Witness Signature

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

*Exh-C* *10* *A2*

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**              **Institution:**_____

Payshaun Christmas   433002   37   N3A-case

_Name_ _____ _DOC#_ _____ _Age_ _____ _Housing_ _____ _Job Assignment:_ _____

| OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST: |
|---|

**Health Care Personnel Screening:**   Date: _____   Time: _0100_   Location Seen: _N3A_

**New Medications Ordered:**

Total #: _____

☐ No Fees  ☒ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $___∅___  Total: $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Payshaun Christmas   433002   7-16-18   Sgt F. Allen

_Offender's Signature_ _____ _DOC#_ _____ _Date_ _____ _Witness Signature_

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

EX-C    # 11

**Health Care Request Form**          **Institution:** _____

_Carolyn Chal_____  N3A-2 _____

**Name**          **DOC#**          **Age**          **Housing**          **Job Assignment:**

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

_I IN serious pain suffering, hurting body pains would go down..._
_I h on like in..._
_I..._

**Health Care Personnel Screening:** Date:_____ Time:_____ Location Seen:_____

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ Total #:_____

**Screener's Signature:**

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____ Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_____    _____    _____    _Sgt F_____

**Offender's Signature**          **DOC#**          **Date**          **Witness Signature**

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

EX-C

# 12

**Health Care Request Form**

**Institution:** _____

| | | | | |
|---|---|---|---|---|
| _____ | _____ | 37 | _____ | _____ |
| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:**  Date:_____  Time:_____  Location Seen: 5 Hours. _____

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____
_____
_____
_____ **Total #:_____**

**Screener's Signature:**

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| | | | |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Offender's Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009** *EX-C*          **Health Care Request Form**          **Institution:**_____

| Name | DOC# | Age | Housing | Job Assignment: |
|------|------|-----|---------|-----------------|

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:**  Date:_____  Time:_____  Location Seen:_____

(Circle One)   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____ **Total #:**_____

**Screener's Signature:**

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| Offender's Signature | DOC# | Date | Witness Signature |
|----------------------|------|------|-------------------|

Original - Offender's Medical Record          Yellow - Business Office          Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

*EX-C*

**Health Care Request Form**          **Institution:**_____

_____ _____ _____ _____ _____
Name                DOC#        Age        Housing        Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:**  Date: _____  Time: _____  Location Seen:_____

(Circle One)   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____
_____
_____
_____ **Total #:** _____

**Screener's Signature:** _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_____ _____ _____ _____
Offender's Signature          DOC#          Date          Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**    EX-C    #14

### Health Care Request Form                Institution: _____

| Name | DOC# | Age | Housing | Job Assignment: |
|------|------|-----|---------|-----------------|

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

*I have a serious medical Need prescription, I'm in serious pain suffering hurting badly penis want you look in the ground that I do ?, I'm for 3 mth...*

**Health Care Personnel Screening:**  Date:_____  Time:_____  Location Seen:_____

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ Total #:_____

**Screener's Signature:**

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| Offender's Signature | DOC# | Date | Witness Signature |
|----------------------|------|------|-------------------|

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

*EX-C*

**Health Care Request Form**     **Institution:** _____

_____
Name                          DOC#        Age         Housing        Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

I have a serious medical need priapism.
I'm in serious pain suffering hurting badly pene
want giodinn i been like this... _____ 3:00 am to

**Health Care Personnel Screening:** Date:_____ Time:_____ Location Seen:_____

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**
_____
_____
_____
_____ Total #:_____

**Screener's Signature:** _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_____    _____    _____    _____
Offender's Signature         DOC#            Date          Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

Exc #16

## Health Care Request Form

D6

RayShaun Christmas #143380 '37    N30-cell

| Name | DOC# | Age | Housing | Job Assignment. |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:** Date: 8-16 18    Time: O640    Location Seen:_____

**New Medications Ordered:**

Total #:_____

☐ No Fees  ☒ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| RayShaun Christmas | 143385 0 | 8-16-2018 | C/Sgt. Burnet Turley |
| Offender's Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy



**Form HC-01-A**
**14 September 2009**    EXC    #77

### Health Care Request Form    Institution: _____

| | | | | |
|---|---|---|---|---|
| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

I have a serious medical/priapism problem!
I'm in serious pain suffering hurting body penis won't go down
I have like this for...

**Health Care Personnel Screening:**  Date:_____  Time:_____  Location Seen:_____

(Circle One)  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____ Total #:_____

**Screener's Signature:**

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $_____  Total: $_____

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| | | | |
|---|---|---|---|
| Offender's Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

*mental Health*

*# 20*

Refused to take the medication off the pill cart:

**Health Care Request Form**    **Institution:** D6

AyShaun Christmas #433850 #37 N3D-Cell 6
Name                  DOC#    Age    Housing         Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

**Health Care Personnel Screening:** Date: 10-1-18    Time: 0630    Location Seen:

**New Medications Ordered:**

**Total #:**

☑ No Fees ☑ $3 Access Fee ☐ $6 Access Fee ☐ $2 for Each Prescription Fee: $_____    Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

AyShaun Christmas    #433850    9-26-2018    Sgt. Titus
Offender's Signature    DOC#    Date    Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

*mental Health*

**Form HC-01-A**
**14 September 2009**

*Refused to take the medication off the pill cart:*

**Health Care Request Form**          **Institution:** _D.W.C.C_

*PauShaun Christmas #433850   37   N3D-cell #6 - D.W.C.C.*

| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

[section redacted]

**Health Care Personnel Screening:**   Date: _10-2-18_   Time: _0640_   Location Seen: _____

[section redacted]

**New Medications Ordered:**

[section redacted]

Total #:_____

☐ No Fees   ☒ $3 Access Fee   ☐ $6 Access Fee   ☐ $2 for Each Prescription Fee: $_____   Total: $ _3.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| _PauShaun Christmas_ | _#433850_ | _10-2-2018_ | _Sgt. Smith_ |
| Offender's Signature | DOC# | Date | Witness Signature |

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy