UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **RAYSHAWN J. CHRISTMAS** | **CIVIL ACTION NO. 5:19-cv-00629** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **JEFF JOHNSON, ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 57] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 54] is **GRANTED** and all claims against all defendants are dismissed, with prejudice.

MONROE, LOUISIANA, this 16th day of September, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE